IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY ALLEN SASSER, #151825, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 1:09cv551-WHA |
| | )                 (WO) |
| LOUIS BOYD, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #25), entered on February 10, 2012, the Recommendation is ADOPTED, and it is hereby

ORDERED that this petition for habeas corpus relief is DENIED, and this case is DISMISSED with prejudice.

DONE this 1st day of March, 2012.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE